AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

United States of America
v.
REYNARD PORCHE

*Defendant*

)
)
)
)
)
)

Case No. 22-CR-53-S

MJ-22-139-BLG-TJC

**FILED**

11:30 am, 5/19/22

**Margaret Botkins
Clerk of Court**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* REYNARD PORCHE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21 U.S.C. § 841(a)(1),(b)(1)(C) - Possession with Intent to Distribute Methamphetamine
COUNT 2: 18 U.S.C. § 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

Date: 05/19/2022

*Issuing officer's signature*

City and state: Cheyenne, Wyoming

Alan B. Johnson, United States District Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: 

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                             Weight: 

Sex:                                                Race: 

Hair:                                               Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 MAY 18 PM 3:32
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYNARD PORCHE,<br><br>Defendant. | No. 22-cr-53-S<br><br>Ct 1: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>(Possession with Intent to Distribute Methamphetamine)<br><br>Ct 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm)<br><br>** FORFEITURE NOTICE ** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 8, 2022, in the District of Wyoming, the Defendant, **REYNARD PORCHE**, did knowingly, intentionally, and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

### COUNT TWO

On or about February 8, 2022, in the District of Wyoming, the Defendant, **REYNARD PORCHE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely, a .45 caliber Glock, bearing

serial number BFTK788 and a .40 caliber Smith & Wesson, bearing serial number FCV8049, and the firearms were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, as set forth in Count One of this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, $22,000 in U.S. Currency.

3. The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

4. Upon conviction of an offense in violation of Title 18, United States Code, Section 922, as set forth in Count Two of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, magazines, or silencers involved in the commission of the offense. The property to be forfeited includes, but is not limited to, a .45 caliber Glock, bearing

serial number BFTK788c, a .40 caliber Smith & Wesson, bearing serial number FCV8049, and magazines.

5. If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*Ink Signature on File with Clerk's Office*
FOREPERSON

L. ROBERT MURRAY
United States Attorney

| | PENALTY SUMMARY |
|---|---|
| **DEFENDANT NAME:** | REYNARD PORCHE |
| **DATE:** | May 17, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |
| Ct: 1 | **21 U.S.C. § 841(a)(1), (b)(1)(B)** (Possession with Intent to Distribute Methamphetamine) <br><br> 5-40 Years Imprisonment <br> Up To $5,000,000 Fine <br> Nlt 4 Years To Life Supervised Release <br> $100 Special Assessment |
| Ct: 2 | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)** (Felon in Possession of a Firearm) <br><br> 0-10 Years Imprisonment <br> Up To $250,000 Fine <br> 3 Years Supervised Release <br> $100 Special Assessment |
| Ct: 3 | **18 U.S.C. § 924(c)(1)** (Use of a Firearm During and In Relation to a Drug Trafficking Crime) <br><br> Nlt 5 Years To Life Consecutive Imprisonment <br> Up To $250,000 Fine <br> 5 Years Supervised Release <br> $100 Special Assessment |
| **TOTALS:** | 5 Year to Life Imprisonment <br> Up To $5,500,000 Fine <br> 5 Years Supervised Release <br> $300 Special Assessment |
| **AGENT:** | Philip Swain, ATF |
| **AUSA:** | Timothy J. Forwood, Assistant United States Attorney |

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No

## AMENDED PENALTY SUMMARY

**DEFENDANT NAME:** REYNARD PORCHE

**DATE:** May 24, 2022

**INTERPRETER NEEDED:** No

**VICTIM(S):** No

**OFFENSE/PENALTIES:**

Ct: 1  **21 U.S.C. § 841(a)(1), (b)(1)(C)**
(Possession with Intent to Distribute Methamphetamine)

0-20 Years Imprisonment
Up To $1,000,000 Fine
Nlt 3 Years To Life Supervised Release
$100 Special Assessment

Ct: 2  **18 U.S.C. §§ 922(g)(1) and 924(a)(2)**
(Felon in Possession of a Firearm)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:** 0-30 Years Imprisonment
Up To $1,250,000 Fine
3 Years to Life Supervised Release
$200 Special Assessment

**AGENT:** Philip Swain, ATF

**AUSA:** Timothy J. Forwood, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

2

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**                          Yes

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**                 No

2